ROBERT P. ZOBEL, as Sole Surviving Director of CARIBBEAN GUANO COMPANY and on Behalf of Himself and All Other Stockholders of Caribbean Guano Company, Appellant, *v.* JEAN U. KOREE, Respondent.

Argued May 17, 1950; decided June 2, 1950.

*David Harrison* for appellant.

*Milton S. Gould* and *George Trosk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. FULD, J., dissents and votes to reverse the judgment and to render declaratory judgment in favor of the plaintiff.